

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

No. 02-24-00294-CV

| | | |
|---|---|---|
| ANGELIA SMITH AND KELVIN SMITH, Appellants | § | On Appeal from the 467th District Court |
| | § | of Denton County (24-0625-467) |
| V. | § | July 3, 2025 |
| PETER EDWARD GRAYS, M.D., Appellee | § | Memorandum Opinion by Justice Kerr |

## JUDGMENT

This court has considered the record on appeal in this case and holds that the appeal should be dismissed. It is ordered that the appeal is dismissed for want of jurisdiction.

SECOND DISTRICT COURT OF APPEALS

By _/s/ Elizabeth Kerr_____
    Justice Elizabeth Kerr